Dismissed and Memorandum Opinion filed February 12, 2009








Dismissed
and Memorandum Opinion filed February 12, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00031-CV

____________

IN THE ESTATE OF C. WALTER WAITS
BLACKSHEAR, SR.

a/k/a WALTER WAITS BLACKSHEAR,
Deceased

 

 



 

On Appeal from the
County Court

Jefferson County,
Texas

Trial Court Cause
No. 96110

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 25, 2008.  On February 4, 2009, a
copy of the parties= Rule 11 Settlement Agreement was filed in this Court.  See
Tex. R. Civ. P. 11.  As part of
the settlement agreement, appellant, C. Walter Waits Blackshear, Jr., agreed to
dismiss this appeal.  As a result of the settlement, all issues in this appeal
have been rendered moot.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.